IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHRISTOPHER M. PAYNE,

Plaintiff,

vs.

KEAGAN GEER, in his individual capacity; and DEMETRIA HERMAN, in her individual capacity;

Defendants.

8:23CV427

MEMORANDUM AND ORDER

This matter is before the Court on a letter written by Plaintiff Christopher M. Payne seeking. Filing No. 7. The Court construes the Motion as a motion for status, grants the Motion, and provides the following information regarding Plaintiff's case.

On October 5, 2023, this Court issued an order granting Plaintiff's Motion for Leave to Proceed In Forma Pauperis, Filing No. 2, and requiring Plaintiff to pay an initial partial filing fee of $21.63 no later than November 6, 2023, Filing No. 6. Plaintiff was also advised that following payment of the initial partial filing fee, the next step in Plaintiff's case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). *Id.* at 2.

On October 16, 2023, the Court received Plaintiff's initial partial filing fee payment of $21.63. As such, the next step in Plaintiff's case is for this Court to perform an initial review of Plaintiff's Complaint under 28 U.S.C. § 1915(e)(2). This review will be

performed in the ordinary course of the Court's business and no action need be taken by Plaintiff to facilitate such review.

Accordingly, IT IS THEREFORE ORDERED that Plaintiff's Motions for status, Filing No. 7, is granted, and the case shall progress consistent with this Memorandum and Order.

Dated this 27th day of December, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court