IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER M. PAYNE, Plaintiff, vs. KEAGAN GEER, in his individual capacity; and DEMETRIA HERMAN, in her individual capacity; Defendants. | 8:23CV427 **MEMORANDUM AND ORDER** |

This matter is before the Court on case management. The Federal Rules of Civil Procedure require that a defendant serve an answer to a complaint "within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a).

The Clerk of the Court issued a summons to Demetria Herman ("Herman") on October 25, 2024. Filing No. 11. On January 3, 2025, copies of the process receipts and returns were filed by the Marshals Service showing that the summons was delivered on November 8, 2024. Filing No. 17. Although served, Herman has not filed an answer or any other responsive pleading. Accordingly, to progress this matter,

IT IS ORDERED:

1. Plaintiff shall have until **February 24, 2025**, to file a motion for default judgment against Defendant Herman. Such motion shall fully comply with Federal Rule of Civil Procedure 55 and Nebraska Civil Rule 55.1.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **February 24, 2025**: deadline for filing motion for default judgment against Defendant Herman.

Dated this 23rd day of January, 2025.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Court Judge