IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHRISTOPHER M. PAYNE,

Plaintiff,

vs.

KEAGAN GEER, in his individual capacity; and DEMETRIA HERMAN, in her individual capacity;

Defendants.

**8:23CV427**

**MEMORANDUM AND ORDER**

IT IS ORDERED that the Motion to Withdraw as Counsel, Filing No. 31, filed by Deputy Douglas County Attorney Meghan M. Bothe is granted. Deputy Douglas County Attorney Meghan M. Bothe is removed as counsel of record for Defendant Demetria Herman.

Dated this 2nd day of April, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge