IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER M. PAYNE, | |
| Plaintiff, | 8:23-CV-427 |
| vs. | |
| KEAGAN GEER, in his individual capacity, and DEMETRIA HERMAN, in her individual capacity, | ORDER |
| Defendants. | |

The parties are disputing matters related to discovery and case progression. Filing 35; filing 43; filing 45; filing 47. The Court will refer those matters to Magistrate Judge Jacqueline M. DeLuca, the Magistrate Judge assigned to the *pro se* docket. *See* Gen. Ord. 2025-01, ¶ 15.

IT IS ORDERED that filing 35, filing 43, filing 45, and filing 47 are referred to Magistrate Judge Jacqueline M. DeLuca.

Dated this 24th day of June, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge