IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER M. PAYNE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KEAGAN GEER, in his individual capacity; and DEMETRIA HERMAN, in her individual capacity;<br><br>　　　　　Defendants. | **8:23CV427**<br><br>**MEMORANDUM AND ORDER** |

　　　　This matter is before this Court on Defendant Demetria Herman's Motion to Continue Progression Order deadlines, Filing No. 56, as set forth in the Court's Order Setting Schedule for Progression of Case (the "Progression Order"), Filing No. 29. Defendant Herman asks the Court to continue the Pretrial Conference and other progression deadlines to align with the extension of the dispositive motion deadline of October 6, 2025, which was extended following the partial granting of Plaintiff's Motion to Compel Discovery, Filing No. 35, and the denial of Defendant Herman's Motion for Discovery Conference, Filing No. 43, on July 23, 2025, by Magistrate Judge Jacqueline M. DeLuca, Filing No. 54.

　　　　In support Defendant Herman argues that "[a]n extension of the Pretrial Conference deadlines, including the deadline for drafting the Order on Final Pretrial Conference of September 8, 2025, would align case progression and reduce distractions to all parties from the preparation of and response to dispositive motions." Filing No. 56 at 2. She further asserts that she plans to file a motion for summary judgment by the October 6, 2025, dispositive motion deadline. *Id.* at 1.

Upon consideration, IT IS THEREFORE ORDERED that Defendant Herman's Motion to Continue Progression Order, Filing No. 56, is granted on the following terms:

1. The Progression Order, Filing No. 29, is stayed until the filing and resolution of Defendant Herman's motion for summary judgment.

2. The Final Pretrial Conference scheduled for Tuesday, October 21, 2025, at 10:00 am, is continued until further order of the Court.

3. The Clerk of Court shall terminate all progression order deadlines, and the Final Pretrial Conference scheduled for Tuesday, October 21, 2025, at 10:00 am.

4. Defendant Herman shall file her motion for summary judgment no later than October 6, 2025, unless Defendant Herman moves for and is granted an extension to file her motion for summary judgment prior to the expiration of the October 6, 2025, deadline.

5. The Clerk of Court is further directed to set a pro se case management deadline using the following text: **October 6, 2025**: deadline for Defendant Herman to file a motion for summary judgment.

Dated this 19th day of September, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge