IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHRISTOPHER M. PAYNE,

Plaintiff,

vs.

KEAGAN GEER, in his individual
capacity; and DEMETRIA HERMAN,
in her individual capacity;

Defendants.

**8:23CV427**

**MEMORANDUM AND ORDER**

IT IS ORDERED that the Motion to Withdraw, Filing No. 69, filed by Christopher Felts of the Nebraska Attorney General's Office, is granted. Mr. Felts is removed as counsel of record for Defendant Keagan Geer.

Dated this 16th day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge